**Jose R. Guzman**, Respondent, v **Mike's Pipe Yard**, Appellant. [825 NYS2d 480]—

Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered January 12, 2006, which denied defendant's motion to amend its answer to assert a new affirmative defense, unanimously affirmed, without costs.

Defendant's unsupported motion was insufficient as a matter of law. Motions to amend pleadings are to be liberally granted (CPLR 3025 [b]), absent prejudice or surprise, but such leave should "not be granted upon mere request, without appropriate substantiation" (*Brennan v City of New York*, 99 AD2d 445, 446 [1984]). These moving papers consisted solely of a four-page attorney's affirmation, without an affidavit of a person having personal knowledge, or any other evidence of a viable defense, and thus lacked probative value (*see Marinelli v Shifrin*, 260 AD2d 227, 229 [1999]). Defendant's attempt to salvage an inadequate set of moving papers by advancing new arguments in its reply affirmation was improper and not entitled to any consideration by the motion court (*see Lumbermens Mut. Cas. Co. v Morse Shoe Co.*, 218 AD2d 624 [1995]). Concur—Andrias, J.P., Saxe, Marlow, Nardelli and Williams, JJ.

(December 19, 2006)

**The People of the State of New York**, Respondent, v **Jose Cespedes**, Appellant. [825 NYS2d 651]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about March 20, 2003, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Tom, Mazzarelli, Friedman and McGuire, JJ.